1038

[No. 55784-0-I.  Division One.  February 13, 2006.]

*In the Matter of the Marriage of* ROBERT G. DOHERTY, *Appellant,* and CHERYL A. DOHERTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-3-12127-6, Philip G. Hubbard, Jr., J., entered January 28, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55936-2-I.  Division One.  February 13, 2006.]

KASSANA HOLDEN, *Appellant,* v. SHERRY DANIEL ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-28337-1, Michael Hayden, J., entered January 26, 2005. *Affirmed* by unpublished opinion per Appelwick, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 32130-1-II.  Division Two.  February 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC L. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-8-00641-1, Rosanne Buckner, J., entered July 30, 2004. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 32210-2-II.  Division Two.  February 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK A. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00516-8, Kenneth D. Williams, J., entered August 24, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Penoyar, J.